1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

OCT - 2 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10 IN THE MATTER OF THE APPLICATION          CASE NO. 2:15-SW-0359 KJN
   OF THE UNITED STATES OF AMERICA
11 FOR A SEARCH WARRANT
   CONCERNING:
12
                                              [PROPOSED] ORDER UNSEALING SEARCH
13     220 AVENUE CASTRO, DELANO,              WARRANT AND APPLICATION
                CALIFORNIA,
14

15

16     The government's request to unseal the Search Warrant and this case is GRANTED.

17 Dated: Oct 2, 2015

18                                              _____
                                                HONORABLE GREGORY G. HOLLOWS
19                                              UNITED STATES MAGISTRATE JUDGE